AO 243 (Rev. 2/95)

PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Judge Lamberth*

| UNITED STATES DISTRICT COURT | District: District Of COLUMBIA |
|---|---|
| Name of Movant: Michael D. Sellers | Prisoner No. 19930-016 | Case No. 96-0129-016 |
| Place of Confinement: FCI Petersburg | | 95-0129 RCL |

UNITED STATES OF AMERICA   v. Michael D. Sellers

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: United State District Court For the District Of Columbia 333 Constitution ave. N.W.

2. Date of judgment of conviction: August 3, 1995

3. Length of sentence: 188 months

4. Nature of offense involved (all counts): 3 counts of 21 U.S.C. 841(A)(1) and 841(B)(1)(A)(iii) (unlawful Distribution of 50 grams or more of cocain base) 21 U.S.C. 853 criminal Forfeiture

CASE NUMBER 1:05CV01657
JUDGE: Royce C. Lamberth
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 08/18/2005

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: Plead guilty to count Two of The retyped Indictment and was found accountable for the grams of drugs in the remaining counts

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☐

(1)